IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE MILAN GROUP, INC., a/k/a THE<br>MILAN TRADING GROUP, INC., et al.,<br><br>Defendants,<br><br>And<br><br>MIA C. BALDASSARI, et al.,<br><br>Relief Defendants. | Civil No. |

**PLAINTIFF'S MOTION TO FILE THE RECORD UNDER SEAL PENDING ISSUANCE
AND SERVICE OF AN ORDER FREEZING ASSETS**

Plaintiff, the United States Securities and Exchange Commission (the "Commission" or "SEC"), moves that the Court order that the record in this matter, including the Complaint, Civil Cover Sheet, *Ex Parte* Motion for a Temporary Restraining Order, this Motion and all other documents filed by the Commission in this matter, be filed under seal pending issuance and service of the Order requested by the Commission. The Order, among other things, requires an ongoing securities fraud to cease and that all assets of the defendants and relief defendants be frozen pending an accounting and further disposition by the Court. Once the Order is issued and served on parties and non-parties that have access to those assets, the Commission will move to lift the seal as to all filings.

The reasons for filing all documentation under seal until service of the requested Order is completed are described in the plaintiff's Rule 65 Certification in support of its request to file its Motion for a Temporary Restraining Order and Other Relief ex parte. Filing ex parte and under seal will maintain secrecy until the Order freezing assets is served so that the defendants and relief defendants will not be provided with notice of the proceedings so that they can dissipate or hide assets attributable to the investor fraud before a freeze order can be served.

## CONCLUSION

For the reasons stated above, the plaintiff requests that all documents filed in connection with this matter be filed under seal pending further order of the Court.

Respectfully submitted,

DATED: Nov. 30, 2011

James A. Kidney, Trial Counsel (Bar No. 252924)
Christopher McLean
Carolyn Morris

Counsel for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549
Tel: (202) 551-4441 (Kidney)
kidneyj@sec.gov