**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| **v.** | : **Civil No. 11-cv-02132 (RMC)** |
| **THE MILAN GROUP, INC., a/k/a THE MILAN TRADING GROUP, INC., et al.,** | : |
| **Defendants,** | : |
| **And** | : |
| **MIA C. BALDASSARI, et al.,** | : |
| **Relief Defendants.** | : |

### MOTION TO DISMISS COMPLAINT AGAINST RELIEF DEFENDANTS SUSAN C. KEVRA-SHINER, THE LAW OFFICE OF SUSAN KEVRA AND ELMO BALDASSARI

Plaintiff, the Securities and Exchange Commission ("the SEC" or "the Commission"), moves to dismiss, without prejudice, its Complaint as to three "relief" defendants -- Susan C. Kevra-Shiner, the Law Office of Susan C. Kevra and Elmo Baldassari. The Commission is satisfied that no further relief is required from these defendants .

A memorandum in support of this Motion and a Proposed Order granting relief as well as granting a companion motion to file a First Amended Complaint are filed herewith.

Respectfully submitted,

Dated: Feb. 24, 2012

/s/James A. Kidney
James A. Kidney (JK5830)
Christopher McLean
Carolyn Morris

Attorneys for Plaintiff
Securities and Exchange Commission
Mail Stop 4010A
100 F Street, N.E.
Washington, DC 20549

Telephone:    (202) 551-4441   (Kidney)
Facsimile     (202) 772-9246
kidneyj@sec.gov

## CERTIFICATE OF SERVICE

The undersigned counsel for the plaintiff hereby certifies that a copy of the attached Motion

to Dismiss as to three relief defendants, a memorandum in support of the motion with an attachment

and a proposed order were  served on  each non-defaulting defendant via e-mail and/or via the

Court's electronic filing system on this 24th day of February 2012:


The Milan Group, Inc., a/k/a The Milan Trading Group, Inc.
Frank L. Pavlico III, a/k/a Frank Lorenzo
The Julian Estate
113 Upland Terrace
Clark's Summit, PA 18411
capital@epix.net
       Pro Se as to Pavlico

Vincent P. (Trace) Schmeltz III
Barnes & Thornburg LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833
tschmeltz@btlaw.com
       Counsel for Defendants Dawn Jackson and Baylor & Jackson PLLC

Christopher B. Jones, Esquire
Christopher B. Jones, P.C.
406 Jefferson Avenue
Scranton, PA 18510
(570) 342-9295 (phone)
(570) 955-0340 (fax)
cbjlaw@comcast.net
       Counsel for Defendant Mia C. Baldassari

2

Nicholas E. Fick Law Offices
301 Spruce St.
# 310
Scranton, PA 18503
attyfick@aol.com
        Counsel for Defendant Elmo Baldassari

Gerard J Martillotti
JERRY MARTILLOTTI & ASSOCIATES
P.O. Box 18509
4221 Ridge Avenue
Philadelphia, PA 19129
(215) 849-9040
Fax: (215) 849-9042
Email: gjm15@verizon.net and

John Zohlman
Hagner & Zohlman
1820 Chapel Avenue West, Suite 160
Cherry Hill, NJ 08002
jzohlman@hzlawpartners.com
        Counsel for Defendants Brett A. Cooper and Global Funding Systems


Patrick T. Lewis                              :
570 South 250 East
Richmond, Utah 84333
patlewis70@msm.com
        Pro Se


Susan C. Kevra-Shiner and The Law Offices of Susan C. Kevra
748 Grove Street
Avoca PA 18641
susankslaw@aol.com
        Pro se


                    /s/James A. Kidney