IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SECURITIES AND EXCHANGE COMMISSION,      :

                  Plaintiff,             :

                    v.              :       Civil No. 11-cv-02132 (RMC)

THE MILAN GROUP, INC., a/k/a THE       :
MILAN TRADING GROUP, INC., et al.,     :

              Defendants,      :

              And          :

MIA C. BALDASSARI, et al.,        :

         Relief Defendants.     :

_____  :

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT AGAINST RELIEF DEFENDANTS SUSAN C. KEVRA-SHINER, THE LAW OFFICE OF SUSAN KEVRA AND <u>ELMO BALDASSARI</u>

Plaintiff, the Securities and Exchange Commission ("the SEC" or "the Commission"), moves to dismiss, without prejudice, its Complaint as to three "relief" defendants.  The Commission is satisfied that no further relief is required from these defendants .

Each of these defendants was named in the Complaint because the Commission understood, based on banking records, that they received proceeds from unlawful conduct by the principal defendants which should be returned to defrauded investors.  The Commission had no opportunity to inquire of these defendants about the reasons for receiving these funds before filing the Complaint because it was necessary to move quickly and without risk of notice to obtain an asset freeze before all funds were expended by the principal defendants against whom the Commission alleged securities fraud.

Subsequent to obtaining an asset freeze from this Court and obtaining further discovery in support of a preliminary injunction, two of the defendants who are the subject of this motion -- Susan C. Kevra-Shiner and the Law Office of Susan Kevra -- demonstrated to the Commission's satisfaction through documentation

that funds received from principal defendants Frank C. Pavlico and The Milan Group were either for lawful legal services rendered or were held briefly in escrow to pay for a new home for defendant Pavlico, purchased in the name of The Julian Estate, an entity wholly in the name of Pavlico.[1]  The $409,482 in escrow was paid to the home sellers at closing about a month before the Commission brought this action.

The third relief defendant as to whom the Commission is moving to dismiss claims, Elmo Baldassari, received $20,000 from defendants Pavlico and Milan in payment of a debt on behalf of Mr. Baldassari's sister, relief defendant Mia Baldassari.  Mr. Baldassari has deposited $20,000 into the Court registry and has entered into a stipulation, a copy of which is attached, in which he agrees to not seek a return of the money unless all principal defendants are found not liable to investors.  Because Mr. Baldassari has voluntarily consented to all relief sought against him in the Complaint, the Commission has agreed to move for dismissal as to him.

The Commission never alleged any unlawful activity by any of the three relief defendants who are subjects of this motion.  Because the Commission is satisfied, based on present evidence, that no further relief is necessary against these defendants, dismissal as to them is appropriate.  The requested dismissals are without prejudice to renewal in the event further discovery discloses culpable participation by any of these defendants in the underlying fraud.  As of now, the Commission has no basis on which to believe there was any such participation.

---

[1] A separate motion filed herewith seeks to amend the Complaint to name The Julian Estates as a relief defendant so that a *lis pendens* can be imposed on the house, which is the principal known asset of defendant Pavlico.  The Amended Complaint also drops references to the relief defendants who are the subject of this Motion.

## CONCLUSION

For the reasons stated herein, the plaintiff SEC moves that the Complaint be dismissed without prejudice as to relief defendants Susan C. Kevra-Shiner, the Law Office of Susan C. Kevra and Elmo Baldassari.

Respectfully submitted,

Dated: Feb. 24, 2012

/s/James A. Kidney
James A. Kidney (JK5830)
Christopher McLean
Carolyn Morris

Attorneys for Plaintiff
Securities and Exchange Commission
Mail Stop 4010A
100 F Street, N.E.
Washington, DC 20549

Telephone:     (202) 551-4441   (Kidney)
Facsimile      (202) 772-9246
kidneyj@sec.gov

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| **v.** | :   **Civil No. 110cv092132 (RMC)** |
| **THE MILAN GROUP, INC., a/k/a THE MILAN TRADING GROUP, INC., et al.,** | : |
| **Defendants,** | : |
| **And** | : |
| **MIA C. BALDASSARI, et al.,** | : |
| **Relief Defendants.** | : |

**STIPULATION ON ENTRY OF MOTION TO DISMISS WITHOUT PREJUDICE**

I, Elmo Baldassari, a relief defendant in this action, agree and stipulate that the funds I have caused to be deposited in the Court's trust account as proceeds of the fraudulent conduct alleged in the Complaint shall remain in the account until the cause of action against the principal defendants is resolved. Should this action be concluded either by default or by judgment on the merits in favor of the plaintiff against any of defendants Frank Pavlico, The Milan Trading Group, Inc., Baylor & Jackson PLLC or Brynee Baylor, I agree that I shall not contest any order entered by the Court disposing of the funds or otherwise seek recovery of the funds. Solely in the event that this matter concludes either with no liability found against any principal defendant, or that no default is entered against any principal defendant, I reserve the right to seek the return of the deposited funds.

- 2 -

This stipulation is made and entered into because I understand and agree that the deposited funds are derived from the acts alleged in the Complaint and that I provided no principal defendant any consideration or anything else of value in return for receipt of those funds. I further deny any knowledge or participation in any of the fraudulent conduct alleged in the Complaint and deny that I am personally liable for any violations of law as alleged in the Complaint. Further, I enter into this stipulation acknowledging that the plaintiff, the Securities and Exchange Commission ("the Commission"), has not alleged that I knew of or participated in any fraudulent conduct alleged in the Complaint.

I understand that this Stipulation shall be filed with the Court and made part of the record in this matter. I further understand that the Commission will move the Court to dismiss its claims against me as a relief defendant, without prejudice to amending the instant Complaint or filing a new complaint naming me as a defendant based on future developments, including review of new evidence.

Elmo Baldassari

Date: