**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Civil No. 11-cv-02132 (RMC)** |
| : | |
| **THE MILAN GROUP, INC., a/k/a THE** : | |
| **MILAN TRADING GROUP, INC., et al.,** : | |
| : | |
| **Defendants,** : | |
| : | |
| **And** : | |
| : | |
| **MIA C. BALDASSARI, et al.,** : | |
| : | |
| **Relief Defendants.** : | |
| : | |

### ORDER GRANTING DISMISSAL OF THREE RELIEF DEFENDANTS
### AND LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, the Securities and Exchange Commission ("the SEC" or "the Commission"),

moves pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure to amend its previously

filed Complaint to add a new relief defendant, The Julian Estate. The proposed amended complaint

also eliminates references to three relief defendants named in the original complaint as to whom the

Commission is seeking dismissal without prejudice. This Order addresses both motions.

IT IS HEREBY ORDERED that the Commission's motion to dismiss without prejudice the

original Complaint against relief defendants Susan C. Kevra-Shiner, the Law Offices of Susan C.

Kevra and Elmo Baldassari is GRANTED.

2

IT IS  FURTHER ORDERED that the Commission's motion for leave to file a First

Amended Complaint is GRANTED.

SO ORDERED.


_____

Date:                                                          JUDGE, UNITED STATES DISTRICT COURT