IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil No. 11-cv-02132 (RMC) |
| THE MILAN GROUP, INC., a/k/a THE MILAN TRADING GROUP, INC., et al., | : |
| Defendants, | : |
| And | : |
| MIA C. BALDASSARI, et al., | : |
| Relief Defendants. | : |

DEFAULT JUDGMENT AGAINST
DEFENDANT GPH HOLDINGS, LLC

Default was entered on February 22, 2012 against defendant GPH Holdings, LLC ("GPH") for failing to answer or otherwise defend the complaint filed on November 30, 2011. Plaintiff, the Securities and Exchange Commission ("SEC" or "the Commission"), has applied for entry of a default judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure. GPH has not filed any opposition with the Clerk's office. As is required for entry of a default judgment by the Clerk's office, the plaintiff has requested that final judgment be entered for the amount stated in its Complaint plus prejudgment interest, which has "been made certain by computation" submitted by the SEC.

THEREFORE, it is ordered that:

GPH is to pay to the SEC a total of $399,743.15, consisting of $375,000 as the amount alleged owed in the complaint, plus $24,743.15 in prejudgment interest. Defendant GPH shall satisfy the total financial obligation established by this Order by sending, within 10 days of the date of this Order, the entire obligated amount to the Court's Central Registry account to be held in escrow pending resolution of this entire matter as to remaining defendants. Said amount shall be transmitted by certified check with a cover letter identifying GPH as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is to made pursuant to this Final Judgment. The payment and cover letter shall be sent to:

> Finance Office
> United States District Court
> 233 Constitution Avenue, NW
> Room 1825B
> Washington, D.C. 20001

A copy of the transmittal letter shall also be sent to counsel for the plaintiff at the following address:

> James A. Kidney
> Securities and Exchange Commission
> 100 F St., NE
> Stop 5949
> Washington, D.C. 20549

So ordered.

_Rosemary M Collyer_

Date: 11/14/12