IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | |
| v. : | Civil No. 11-cv-02132 (RMC) |
| THE MILAN GROUP, INC., a/k/a THE : MILAN TRADING GROUP, INC., et al., : | |
| Defendants, : | |
| And : | |
| MIA C. BALDASSARI, et al., : | |
| Relief Defendants. : | |

DEFAULT JUDGMENT AGAINST
DEFENDANT GLOBAL FUNDING SYSTEMS, LLC

Default was entered on October 2, 2012 against defendant Global Funding Systems, LLC ("GFS") for failing to retain counsel to defend a Complaint filed on November 30, 2011. Because GFS entered an appearance by filing an Answer through counsel it later dismissed, a default judgment may not be entered by the Court until at least six days after notice to the defendant. Rule 55(b)(2), Fed. R. Civ. P. At least six days have passed since the motion for entry of a default judgment was filed and served on GFS and its principal, defendant Brett Cooper ("Cooper"), but GFS has not opposed entry of this judgment or otherwise further appeared in this action. Therefore, the matter is ripe for entry of judgment.

The Complaint alleges a specific amount which the SEC contends was obtained by GFS and its principal, defendant Brett Cooper ("Cooper"), from defendants Milan Trading Company

("Milan"), Frank Pavlico ("Pavlico"), Baylor & Jackson PLLC ("B&J") and Brynee Baylor ("Baylor"). The SEC alleges that Milan, Pavlico, B&J and Baylor obtained the funds paid to GFS and Cooper through an illicit "prime bank" scheme in which they promised investors extraordinarily high and quick returns on banking instruments which do not exist as investment vehicles. The Complaint further alleges that defendants Cooper and GFS were paid $225,000 in funds from defrauded investors but provided no lawfully recognized products or services in return. The SEC demands in its Complaint that Cooper and GFS be required to disgorge $225,000, plus prejudgment interest. Prejudgment interest of $13,253.17 has been calculated according to the manner typically used by the SEC based on the underpayment rate of taxes used by the Internal Revenue Service, as described in Exhibit B to the Declaration of James A. Kidney filed with the SEC motion.

THEREFORE, it is ordered that:

GFS is to pay to the SEC a total of $238,253.17, consisting of $225,000 as the amount alleged owed in the complaint, plus $13,253.17 in prejudgment interest. Defendant GFS shall satisfy the total financial obligation established by this Order by sending, within 10 days of the date of this Order, the entire obligated amount to the Court's Central Registry account to be held in escrow pending resolution of this entire matter as to remaining defendants. Said amount shall be transmitted by certified check with a cover letter identifying GFS as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is to made pursuant to this Final Judgment. The payment and cover letter shall be sent to:

    Finance Office
    United States District Court
    233 Constitution Avenue, NW
    Room 1825B

Washington, D.C. 20001

A copy of the transmittal letter shall also be sent to counsel for the plaintiff at the following address:

James A. Kidney
Securities and Exchange Commission
100 F St., NE
Stop 5949
Washington, D.C. 20549

So ordered.

/s/ Rosemary M. Collyer
Rosemary M. Collyer
Judge, United States District Court

Date: 16 January 2013