UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 11-2132 (RMC) |
| MILAN GROUP, INC., *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

Upon consideration of the Securities and Exchange Commission's (SEC) Joint Motion to Enter Final Judgment on Consent as to Defendant Mia Baldassari, Dkt. 196, it is hereby

**ORDERED** that the Clerk shall enter judgment in favor of SEC as to Defendant Baldassari under Federal Rule of Civil Procedure 54(b); and it is

**FURTHER ORDERED** that Defendant Baldassari is liable for disgorgement of $24,500, representing investor funds obtained as alleged in the Complaint, Dkt. 2.  This amount shall be deemed satisfied from the $39,656.25 that Defendant deposited into the Court Registry Investment System (CRIS) account on approximately December 8, 2011.  Within twenty days of entry of this Final Judgment, the Clerk of the Court shall issue a check or other form of payment payable to Defendant's counsel, Christopher B. Jones, P.C., in the amount of $15,156.25, which represents the difference between the $24,500 in disgorgement and the $39,656.25 in the CRIS account.  The Clerk shall send the check or other form of payment to Christopher B. Jones, Esq., 406 Jefferson Avenue, Scranton, Pennsylvania 18510; and it is

**FURTHER ORDERED** that by paying disgorgement of $24,500, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of those funds, or any other funds in the Court's account regardless of source, except as stated herein, shall be returned to Defendant.  The partial summary judgment award to the SEC entered on April 26, 2013 with respect to Defendant is not affected by this judgment.  The Court shall hold all funds except those released by reason of this settled judgment in the CRIS account and retain jurisdiction over the final disposition of these funds, which may be distributed to harmed investors; and it is

**FURTHER ORDERED** that, solely for purposes of exceptions to discharge set forth in section 523 of Title 11 of the U.S. Bankruptcy Code, the allegations in the Complaint are true and admitted by Defendant.  Further, any debt for disgorgement, prejudgment interest, civil penalty, or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in 11 U.S.C. § 523(a)(19); and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for purposes of enforcing the terms of this Judgment.  Upon payment of $15,156.25 to Mr. Jones, Defendant shall be deemed to have satisfied her financial obligations in this litigation.

**SO ORDERED.**

Date: March 4, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge